# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:10cv352

| | |
|---|---|
| PACIFIC AVENUE, LLC, & <br> PACIFIC AVENUE II, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> REGIONS BANK, <br><br> Defendant. | ORDER |

**THIS MATTER** is before the Court on the defendant's Motion to Refer to the United States Bankruptcy Court for the Western District of North Carolina (Doc. No. 3).

The plaintiffs are both debtors in separate, but administratively consolidated, cases under Chapter 11 of Title 11 of the United States Code now pending in the United States Bankruptcy Court for this judicial district, under case numbers 10-32093 and 10-32095, respectively.

After a review of the plaintiffs' complaint and prayer for a preliminary injunction, the Court has determined that this matter is part of their two previously filed bankruptcy cases.

**IT IS, THEREFORE, ORDERED** that Regions Bank's Motion to Refer to the United States Bankruptcy Court for the Western District of North Carolina (Doc. No. 3) is **GRANTED**. This matter shall be referred in its entirety to the Bankruptcy Court for the Western District of North Carolina and consolidated with Case Numbers 10-32093 and 10-32095.

Signed: August 9, 2010

Robert J. Conrad, Jr.
Chief United States District Judge